UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------

SCOTT FULLER,

                Plaintiff,

-against-

CSX TRANSPORTATION, INC. and
GENERAL CHEMICAL CORPORATION,

                Defendants.
-----------------------------------------------------------

**STIPULATION OF DISCONTINUANCE**

Civil Action #: 05-CV-219

NAM/DEP

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed, and no person not a party has an interest in the subject matter of this action, any and all claims herein are discontinued, with prejudice and on the merits, without costs to any party as against the other. This stipulation may be filed without further notice with the Clerk of the Court.

DATED: June 25, 2009

THE MAURER LAW FIRM, PLLC

By: _____
Ira M. Maurer, Esq.
Attorneys for Plaintiff
300 Westage Business Center Drive
Suite 360
Fishkill, New York 12524

DATED: July 15, 2009

McNAMEE, LOCHNER, TITUS
& WILLIAMS, P.C.

By: _____
Scott A. Barbour, Esq.
Attorneys for Defendant
CSX TRANSPORTATION, INC.
677 Broadway
P.O. Box 459
Albany, New York 12201-0459

{M0240550.1}

DATED: June 23, 2009

HANCOCK & ESTABROOK, LLP

By: _____
Mark J. Schulte, Esq.
Attorneys for Defendant
GENERAL CHEMICAL
1500 AXA Tower I
Syracuse, New York  13202

IT IS SO ORDERED:

_____
David E. Peebles
U.S. Magistrate Judge
Dated: July 15, 2009
Syracuse, NY